AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00269 |
| | ) | Assigned To : Harvey, G. Michael |
| Federico Guillermo Klein | ) | Assign. Date : 3/2/2021 |
| (AKA: Freddie Klein)  DOB: XX/XX/XXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds, |
| | 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, |
| | 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, |
| | 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers, |
| | 18 U.S.C. § 111(b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon . |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Benjamin G. Fulp, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/02/2021__

*Judge's signature*

City and state: __Washington, D.C.__    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*