# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-236-JDB** |
| v. | : | |
| | : | |
| **FEDERICO KLEIN** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of [20] the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further

**ORDERED** that the United States may provide in discovery sealed materials, pursuant to [21] the previously entered protective order governing discovery; and it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED**.

Dated: April 1, 2021

/s/
JOHN D. BATES
United States District Judge