UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>FEDERICO GUILLERMO KLEIN,<br>also known as "Freddie Klein,"<br><br>      Defendant. | Crim. No. 21-236 (JDB) |

## ORDER

Upon consideration of [22] defendant's Motion for Review and Revocation of Detention Order, [15] the government's Motion to Continue and Exclude Time Under the Speedy Trial Act, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [22] defendant's Motion for Review and Revocation of Detention Order is **GRANTED** subject to certain conditions; it is further

**ORDERED** that defendant shall be released from custody as soon as practicable and shall immediately upon his release abide by the conditions set forth below and in Attachment A to this Order; it is further

**ORDERED** that defendant shall report to the Pretrial Services Agency for the District of Columbia immediately upon his release, and in no event later than the day after his release; it is further

**ORDERED** that defendant shall, at his initial meeting with Pretrial Services, sign Attachment A; it is further

**ORDERED** that [15] the government's Motion to Continue and Exclude Time Under the Speedy Trial Act is **GRANTED IN PART** and **DENIED IN PART**; it is further

1

**ORDERED** that this matter is continued until a status conference on May 10, 2021 at 10:00 a.m.; and it is further

**ORDERED** that the time period from April 9, 2021 through and including May 10, 2021 is hereby excluded from the computation within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 <u>et seq</u>.

**SO ORDERED**.

/s/<br>JOHN D. BATES<br>United States District Judge

Dated:  <u>April 12, 2021</u>