Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                       Criminal No.      21-236    (TNM)

FEDERICO GUILLERMO KLEIN        Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __8/23/2021__ from __Judge John D. Bates__ to __Judge Trevor N. McFadden__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:   Judge John D. Bates          & Courtroom Deputy
       Judge Trevor N. McFadden  & Courtroom Deputy
       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk